RECEIVED

MAR 1 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MOHAMMED A.H.A. OMRAN | CIVIL ACTION NO. 5:14-cv-3128 |
| VS. | SECTION P |
| | JUDGE TOM STAGG |
| DY. METREJEAN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation and the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the plaintiff's objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§1915 and 11915A.

The Clerk of Court is directed to send a copy of this judgment to the Keeper of the Three Strikes List.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 13th day of March, 2015.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE